AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MICHAEL BRADFORD, PAT DAMIANI, JR., JOSEPH
DELEONARDIS, JOHN DISPENSA, ROBERT DIZZINE, FRANK
DOLLBAUM, RICH GILMORE, JOHN HILL, PHILLIP HUGGINS,
JAMES JOHANNEMANN, JOHN MARAIA, JOHN A. MARAIA,
ROBERT NIGRO, RAYMOND PANTEL, RICHARD PARKER,
TIMOTHY RILEY, JEFF SEIDEL, CARL TALLARDY, ALLAN
THOMPSON, JR., JAMES SASS, JR. and SANFORD WHITMAN,
AS TRUSTEES OF THE IBEW LOCAL 363 PENSION,
WELFARE, ANNUITY AND J.A.T. FUNDS,

**SUMMONS
IN A CIVIL CASE**

CASE NUMBER:

Plaintiffs,

-against-

DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP.,

Defendant.

# 07 CIV. 3543

-----------------------------------------------------------------------------x

# ROBINSON

TO:    DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP.
       173 Route 303
       Valley Cottage, NY 10989  -and-

       50 N. Harrison Avenue - Suite 10
       Congers, NY 10920

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

       Meyer, Suozzi, English & Klein, P.C.
       425 Broadhollow Road, Suite 405
       P.O. Box 9064
       Melville, New York 11747-9064

an answer to the complaint which is served on you with this summons, within ---------20--------- days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**            MAY 0 3 2007

CLERK                               DATE

_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

COUNTY OF

INDEX NO: 07civ3543
FILED ON: May 3, 2007
DISTRICT: Southern/New York

*Michael Bradford, et. al.*

vs

Plaintiff(s)

*David L. Kempton, Inc., a/k/a L.I.A. Electric Corp.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE
## BY THE SECRETARY OF STATE

_____ Shayne Collen _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ May 24, 2007 _____, at _ 9:44 am _, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

Summons in a Civil Action,Complaint

, on

David L. Kempton, Inc., s/h/a L.I.A. Electric Corp.

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section _ 306 Business Corporation Law _.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by        ☐ Registered or

☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____

to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: _ 47 years _     Approx. weight: _ 110 lbs. _     Approx. Ht.: _ 5' 1" _

Sex: _ Female _   Color of skin: _ White _   Color of hair: _ Brown _   Other: _____

Sworn to before me on _____ May 30, 2007 _____

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Shayne Collen

Invoice•Work Order # 0704339