AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MICHAEL BRADFORD, PAT DAMIANI, JR., JOSEPH DELEONARDIS, JOHN DISPENSA, ROBERT DIZZINE, FRANK DOLLBAUM, RICH GILMORE, JOHN HILL, PHILLIP HUGGINS, JAMES JOHANNEMANN, JOHN MARAIA, JOHN A. MARAIA, ROBERT NIGRO, RAYMOND PANTEL, RICHARD PARKER, TIMOTHY RILEY, JEFF SEIDEL, CARL TALLARDY, ALLAN THOMPSON, JR., JAMES SASS, JR. and SANFORD WHITMAN, AS TRUSTEES OF THE IBEW LOCAL 363 PENSION, WELFARE, ANNUITY AND J.A.T. FUNDS,

Plaintiffs,

-against-

DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP.,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 3543**

**ROBINSON**

TO: DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP.
173 Route 303
Valley Cottage, NY 10989  -and-

50 N. Harrison Avenue - Suite 10
Congers, NY 10920

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Meyer, Suozzi, English & Klein, P.C.
425 Broadhollow Road, Suite 405
P.O. Box 9064
Melville, New York 11747-9064

n answer to the complaint which is served on you with this summons, within ---------20--------- days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken gainst you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must e filed with the Cierk of this Court within a reasonable period of time after service.

MAY 0 3 2007

CLERK    DATE

DEPUTY CLERK

| | |
|---|---|
| COUNTY OF<br>UNITED STATES DISTRICT COURT | INDEX NO: 07civ3543<br>FILED ON: May 3, 2007<br>DISTRICT: Southern/New York |

*Michael Bradford, et. al.*

vs                                                                                       Plaintiff(s)

*David L. Kempton, Inc., a/k/a L.I.A. Electric Corp.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE
## BY THE SECRETARY OF STATE

_____Shayne Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 18, 2007_____, at _____4:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _____Summons in a Civil Action, Complaint, Civil Cover Sheet and Rule 7.1 Statement_____, on _____L.I.A. Electric Corp._____

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section _____306 Business Corporation Law_____.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by      ☐ Registered or
   ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
   to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: _31 years_   Approx. weight: _160 lbs._   Approx. Ht.: _5' 10"_
Sex: _Female_   Color of skin: _White_   Color of hair: _Blonde_   Other: _____

Sworn to before me on _____June 19, 2007_____

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Shayne Collen

Invoice•Work Order # 0704338