UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL BRADFORD, PAT DAMIANI, JR., JOSEPH
DELEONARDIS, JOHN DISPENSA, ROBERT DIZZINE,
FRANK DOLLBAUM, RICH GILMORE, JOHN HILL, PHILLIP
HUGGINS, JAMES JOHANNEMANN, JOHN MARAIA, JOHN
A. MARAIA, ROBERT NIGRO, RAYMOND PANTEL,         **STIPULATION**
RICHARD PARKER, TIMOTHY RILEY, JEFF SEIDEL, CARL  **EXTENDING TIME**
TALLARDY, ALLAN THOMPSON, JR., JAMES SASS, JR.
AND SANFORD WHITMAN, AS TRUSTEES OF THE IBEW    Index No. 07-Civ-3543 (SCR)
LOCAL 363 PENSION, WELFARE, ANNUITY AND J.A.T.
FUNDS,
                                     Plaintiffs,

-against-

DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP.,

                                     Defendant.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiffs and for defendant in the above-captioned action, that defendant, hereby admits service of the Summons and Complaint in the above-captioned action and waive all defenses with respect to personal jurisdiction or improper service of process in this action, and that defendant's time to answer or otherwise move with respect to the Complaint herein is extended to and including August 31, 2007.

Dated: Melville, New York              Dated: Spring Valley, New York
       August 9, 2007                         August 9, 2007
Meyer, Suozzi, English & Klein, P.C.   Barr & Haas, LLP
Attorneys for Plaintiffs               Attorneys for Defendant

By: _____            By: _____
    Marty Glennon (MG 1723)                Harvey S. Barr (HSB 3100)
    425 Broadhollow Road - Suite 405       664 Chestnut Ridge Road
    P.O. Box 9064                          P.O. Box 664
    Melville, New York 11747               Spring Valley, New York 10977
    (631) 249-6565                         (845) 352-4080

SO ORDERED:
_____
U.S.D.C.J.
Dated: White Plains, New York
       August 16, 2007

615672