UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL BRADFORD, PAT DAMIANI, JR., JOSEPH
DELEONARDIS, JOHN DISPENSA, ROBERT DIZZINE,
FRANK DOLLBAUM, RICH GILMORE, JOHN HILL, PHILLIP
HUGGINS, JAMES JOHANNEMANN, JOHN MARAIA, JOHN
A. MARAIA, ROBERT NIGRO, RAYMOND PANTEL,
RICHARD PARKER, TIMOTHY RILEY, JEFF SEIDEL, CARL
TALLARDY, ALLAN THOMPSON, JR., JAMES SASS, JR.
AND SANFORD WHITMAN, AS TRUSTEES OF THE IBEW
LOCAL 363 PENSION, WELFARE, ANNUITY AND J.A.T.
FUNDS,

**STIPULATION
EXTENDING TIME**

Index No. 07-Civ-3543 (SCR)

                        Plaintiffs,

-against-

DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP.,

                        Defendant.
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiffs and for defendant in the above-captioned action, that defendant, hereby admits service of the Summons and Complaint in the above-captioned action and waive all defenses with respect to personal jurisdiction or improper service of process in this action, and that defendant's time to answer or otherwise move with respect to the Complaint herein is extended to and including September 20, 2007.

Dated: Melville, New York
       September 6, 2007
Meyer, Suozzi, English & Klein, P.C.
Attorneys for Plaintiffs

By: _____
    Marty Glennon (MG 1723)
    425 Broadhollow Road - Suite 405
    P.O. Box 9064
    Melville, New York 11747
    (631) 249-6565

Dated: Spring Valley, New York
       September 6, 2007
Barr & Haas, LLP
Attorneys for Defendant

By: _____
    Harvey S. Barr (HSB 3100)
    664 Chestnut Ridge Road
    P.O. Box 664
    Spring Valley, New York 10977
    (845) 352-4080

SO ORDERED:
_____
U.S.D.J.
Dated: White Plains, New York
       September 13, 2007

623020