*Bruant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
MICHAEL BRADFORD, PAT DAMIANI, JR., JOSEPH DELEONARDIS, JOHN DISPENSA, ROBERT DIZZINE, FRANK DOLLBAUM, RICH GILMORE, JOHN HILL, PHILLIP HUGGINS, JAMES JOHANNEMANN, JOHN MARAIA, JOHN A. MARAIA, ROBERT NIGRO, RAYMOND PANTEL, RICHARD PARKER, TIMOTHY RILEY, JEFF SEIDEL, CARL TALLARDY, ALLAN THOMPSON, JR., JAMES SASS, JR. AND SANFORD WHITMAN, AS TRUSTEES OF THE IBEW LOCAL 363 PENSION, WELFARE, ANNUITY AND J.A.T. FUNDS,

          Plaintiffs,

-against-

DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP.,

          Defendant.
-------------------------------------------------------

Case No. 07 Civ. 3543 (CLB)

**STIPULATION AND ORDER OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, based upon a settlement between the parties, that the above-entitled action against defendants DAVID L. KEMPTON, INC., a/k/a L.I.A. ELECTRIC CORP., be, and the same hereby is discontinued pursuant to F.R.C.P. 41(a)(2).

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
425 Broadhollow Road - Suite 405
P.O. Box 9064
Melville, NY 11747-9064
(631) 249-6565

By: _____
  Marty Glennon
Attorneys for Plaintiffs

BARR & HAAS
664 Chestnut Ridge Road
P.O. Box 664
Spring Valley, NY 10977
(845) 352-4080

By: _____
  Harvey S. Barr
Attorneys for Defendants

SO ORDERED:

White Plains, New York
November 16, 2007

*[signature]*
Honorable Charles L. Brieant
United States District Judge

**CHARLES L. BRIEANT**

633605