

# ARCHER, BYINGTON, GLENNON & LEVINE LLP.

**ROBERT M. ARCHER**
**JOHN H. BYINGTON III**
**MARTY GLENNON**
**JULES B. LEVINE**

---

**ANTHONY LUMIA**[1]
**GARY A. THAYER**
**PAULA CLARITY**

---

**OF COUNSEL**

**ROBERT T. MCGOVERN**[1]

---

**GOVERNMENT RELATIONS**
**CONSULTANT**
**RESI COOPER**
**(NON ATTORNEY)**

---

[1] **ALSO ADMITTED IN**
**NEW JERSEY**

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NY 11747-9064

PHONE:   (631) 249-6565
FACSIMILE:  (631) 777-6306

WWW.ABGLLAW.COM
INFO@ABGLLAW.COM

September 10, 2008

**VIA FACSIMILE (845) 352-6777**
**and CERTIFIED MAIL (RRR)**

Harvey Barr, Esq.
Barr & Haas, LLP
664 Chestnut Ridge Road
P.O. Box 664
Spring Valley, New York 10977-6201

Re:  **Bradford, et al. v. David L. Kempton, Inc., et al.**
     **Case No.: 07-Civ-3543 (CLB)**
     **Our File No.: 13817.21**

Dear Mr. Barr:

Please be advised that Judge Cathy Seibel, SDNY, has scheduled a conference regarding the above-referenced matter. This conference will be held at the United States District Court for the Southern District of New York, Courtroom 218, 300 Quarropas Street, White Plains, New York, on September 26, 2008 at 9:30 a.m. Please be prepared to discuss all matters.

Thank you for your cooperation.

Very truly yours,

Paula Clarity

Paula Clarity

PC/jh

cc:  Honorable Cathy Seibel – Via Facsimile (914) 390-4085
     Rose Pelletier

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

704833